**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

DM,
by her next friend,
JM,

     Plaintiff,    Case No. 3:20-cv-10018-RHC-EAS
              Hon. Robert H. Cleland

v.

THE TAUBMAN COMPANY, L.L.C.,

     Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

 Pursuant to FRCivP 41 (a) (1), Plaintiff dismisses this lawsuit without prejudice.

            Respectfully submitted,

            *s/ Amanda M. Ghannam*

            *s/ Nicholas Roumel*

            Amanda M. Ghannam (P83065)
            Nicholas Roumel (P37056)
            Nacht & Roumel, P.C.
            Attorneys for Plaintiff
            101 N. Main St., Ste. 555
            Ann Arbor, MI 48104
            (734) 663-7550
            *aghannam@nachtlaw.com*
January 13, 2020      *nroumel@nachtlaw.com*